# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D2024-0531
L.T. Case No. 24-00001

—————————————————

TRACY DALY,

    Appellant,

    v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

    Appellee.

—————————————————

Administrative Appeal from the Reemployment Assistance
Appeals Commission.

Tracy Daly, Green Cove Springs, pro se.

Amanda L. Neff, Deputy General Counsel, Tallahassee,
for Appellee.

July 23, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

HARRIS, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____